IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE FENNER, AND SMITH INCORPORATED | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-5081 |
| JASON COONEY, | § § § | |
| Defendant. | § | |

### ORDER STAYING AND ADMINISTRATIVE CLOSING

Defendant, Jason Cooney, filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 11-33199 on May 27, 2011. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of a judicial proceeding against the debtor that commenced before the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). This case is stayed and administratively closed. The plaintiff may reinstate this case to the active docket on notice to this court of the discontinuance of the stay under 11 U.S.C. § 362(c)(2), provided the notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on May 25, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge